UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 08-427 |
| RASHEEM A. PALMER | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Harvey Bartle, IV, Assistant United States Attorney), and defendant Rasheem A. Palmer (by David E. Schafer, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties are awaiting the results of testing of DNA (Deoxyribonucleic Acid) evidence collected from physical evidence related to this case, which may render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___22nd___ day of July, 2008, it is

ORDERED that the proceedings in the above-captioned matter are continued from July 21, 2008 through October 20, 2008;

IT IS FURTHER ORDERED that the period between July 21, 2008 through October 20, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than September 19, 2008;

IT IS FURTHER ORDERED that any response by the Government to defendant's motions shall be filed no later than October 3, 2008;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on October 13, 2008; and

IT IS FURTHER ORDERED that the trial in this matter will commence on October 20, 2008.

HON. FREDA L. WOLFSON
United States District Judge

Consented and Agreed to by:

Harvey Bartle, IV
Assistant U.S. Attorney

David E. Schafer
Counsel for Rasheem A. Palmer

Rasheem A. Palmer